IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARKTAVIOS D. MARTIN,**

    Petitioner,

v().                                          Case No. 3:19cv1429-LC/MAF

**MARK S. INCH, Secretary,**
**Florida Department of Corrections,**

    Respondent.
_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 20) that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a _de novo_ determination of the objections filed.

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 20) is adopted and

incorporated by reference in this order.

2.  The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed by Marktavios D. Martin pursuant to 28 U.S.C. 2254 is **DENIED**.  Any certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**."

3.  The Clerk shall close the file.

**DONE AND ORDERED** this 13th day of May, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**